## Case No. 1,886.

### In re BRISCO.

[2 N. B. R. (1869) 226 (Quarto, 78); 1 Gaz. 78.] [1]

District Court, [2] District of Columbia.

BANKRUPTCY — RIGHTS OF CREDITORS WHO HAVE PROVED THEIR DEBTS — NONPROVING CREDITORS ENTITLED TO BALANCE AFTER PAYING DEBTS PROVED.

1. A creditor ought not to be heard until he has proved his claim, and he has no right to be heard in any other character than that of a creditor.

2. The trial of all questions relating to the bankrupt's discharge should be postponed till the hearing of his petition for discharge.

In bankruptcy.

The following decision has been given by Judge WYLIE, of Washington:

First. Until a creditor has proved his claim, he ought not to be heard as a creditor, and he has no right to be heard in any other character.

Second. Where a creditor wishes to oppose the discharge of a bankrupt on the ground that he has committed fraud, or done, suffered, or been privy to some act specified in the bankrupt act as a ground for withholding such discharge, the orderly conduct of the business requires that the trial of all such questions should be postponed till the hearing of the petition for discharge.